UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DAMIAN VERGARA HERNANDEZ, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 5:08CV1776 ERW ) ) |
| ARTURO ASCENCIO, ET AL. | ) ) ) |
| Defendants. | ) ) |

**<u>MEMORANDUM AND ORDER</u>**

On February 4, 2010, after a status conference with the Parties, this Court scheduled another status conference, to take place via telephone on March 15, 2010, at 1:30 p.m. Central Time. The purpose of this March 15, 2010 status conference was to determine if any progress had been made on the issue of whether the United States Attorney's Office had accepted representation as to Defendants Arturo Ascencio and William Brett.

On March 15, 2010, the telephone status conference took place, however, very little was accomplished because the Court was unable to locate Assistant United States Attorney Jason K. Axe. The Court attempted to reach Mr. Axe numerous times, but was unsuccessful each time.

The Court must now reschedule the telephone status conference that was supposed to take place on March 15, 2010, with the expectation that all counsel will be available to participate. The telephone status conference is now scheduled for Friday, March 26, 2010, at 1:00 p.m. Central Time (11:00 a.m. Pacific Time). The Court has contacted the attorneys in this case to ensure their participation. The

1  Court will initiate the conference.
2      Accordingly,
3      **IT IS HEREBY ORDERED** that a status conference regarding
4  representation will be held on **Friday, March 26, 2010**, at **1:00 p.m. Central Time**
5  (11:00 a.m. Pacific Time).
6      **IT IS FURTHER ORDERED** that Defendants shall Answer or otherwise
7  respond to Plaintiff's Complaint no later than **Monday, April 5, 2010**.
8      Dated this 16th Day of March, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE